No. 17,840.

WILLIAM PETER COTE *v.* NELLIE A. COTE.
(296 P. [2d] 464)

Decided April 23, 1956.

Messrs. CHISHOLM, HOWARD & DAANE, for plaintiff in error.

NELLIE A. (COTE) REAGAN, pro se.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.